IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:08-00143 |
| | ) | Judge Trauger |
| PAMELA GAIL HOLDER | ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Government's Motion to Amend the Order of Judgment and Conviction to Include Forfeiture (Docket No. 169) is **GRANTED**. The Judgment as to defendant Pamela Gail Holder (Docket No. 164) is hereby amended to include, by reference, the previously entered Preliminary Order of Forfeiture (Docket No. 105). That preliminary order is now made final, except that the Government may not reach the defendant's retirement accounts as substitute assets under 21 U.S.C. § 853(p).

It is so Ordered.

Entered this 4th day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge